### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                §
                                      §
Michael J. Melfi, Sr.                 §        Case No. 11-18384
                                      §
          Debtor(s)                   §

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DEBORAH M. GUTFELD, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
             219 S. Dearborn Street
             Chicago, IL  60604
   Any person wishing to object to any fee application that has not already been approved or to the Final Report must file a written objection within 20 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challeneged and the United States Trustee.  A hearing on the fee application and any objection to the Final Report will be held at 9:30 a.m. on December 5, 2013 in courtroom 680 at 219 South Dearborn Street, Chicago, Illinois 60604.

If no objections are filed, upon entry of an order on the fee application, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Deborah M. Gutfeld
                                                Chapter 7 Trustee


DEBORAH M. GUTFELD
DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE
131 S. DEARBORN STREET
SUITE 1700
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Michael J. Melfi, Sr. | § | Case No. 11-18384 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 79,000.00 |
| and approved disbursements of | $ | 16,424.44 |
| leaving a balance on hand of[1] | $ | 62,575.56 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 9 | Cook County Treasurer | $ 3,666.45 | $ 3,666.45 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 62,575.56 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DEBORAH M. GUTFELD | $ 7,200.00 | $ 0.00 | $ 7,200.00 |
| Attorney for Trustee Fees: Perkins Coie LLP | $ 20,296.00 | $ 0.00 | $ 20,296.00 |
| Other: Office Of The U. S. Trustee | $ 975.00 | $ 0.00 | $ 975.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 28,471.00 |
| Remaining Balance | $ | 34,104.56 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 45,605.04 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Amcore/Digrazia | $ 45,605.04 | $ 0.00 | $ 34,104.56 |
| | Total to be paid to priority creditors | | | $ 34,104.56 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 383,892.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 5,508.44 | $ 0.00 | $ 0.00 |
| 2 | N. A. Chase Bank Usa | $ 17,554.97 | $ 0.00 | $ 0.00 |
| 3 | N. A. Chase Bank Usa | $ 13,825.41 | $ 0.00 | $ 0.00 |
| 4 | N. A. Chase Bank Usa | $ 2,671.27 | $ 0.00 | $ 0.00 |
| 5 | Na As Successor In Interest To Fia Card Services | $ 14,280.02 | $ 0.00 | $ 0.00 |
| 6 | N. A. Capital One Bank (Usa) | $ 5,629.33 | $ 0.00 | $ 0.00 |
| 10 | Amcore/Digrazia | $ 289,655.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | N. A. Fia Card Services | $ 11,225.48 | $ 0.00 | $ 0.00 |
| 13 | N. A. Fia Card Services | $ 17,542.67 | $ 0.00 | $ 0.00 |
| 14 | Michael Raisanen | $ 6,000.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Deborah M. Gutfeld
Chapter 7 Trustee

*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 11-18384-JPC
Michael J. Melfi Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: esullivan    Page 1 of 2    Date Rcvd: Nov 04, 2013
                Form ID: pdf006    Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 06, 2013.
```
db            +Michael J. Melfi, Sr.,    1740 73rd Avenue,    Elmwood Park, IL 60707-4207
17209140       AT&T Universal,    PO Box 183037,    Columbus, OH 43218-3037
17209139      +Amcore/Digrazia,    677 Lake Cook Road,    Deerfield, IL 60015-5246
18879315     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:   FIA CARD SERVICES NA successor to,
                Bank of America NA(USA)MBNA Amer Bk NA,    PO Box 15102,    Wilmington DE 19886-5102)
17209143       Bank of America,    PO Box 15019,    Wilmington, DE 19850-5019
17209141       Bank of America,    PO Box 15710,    Wilmington, DE 19886-5710
17209144       Capital One,    PO Box 71023,    Charlotte, NC 28272-1083
17415811       Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                Charlotte, NC  28272-1083
17209145      +Carolyn Spencer (Melfi),    4825 Van Carol Dr.,    Las Vegas, NV 89147-5250
17209146      +Charles Barnett,    143 Schreiber,    Roselle, IL 60172-1041
17209147       Chase,    PO Box 94014,    Palatine, IL 60094-4014
17389099       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17209150      +Citimortgage Inc,    Jose G Moreno,    Codilis & Associates,    15W030 North Frontage Road Ste 100,
                Burr Ridge, IL 60527-6921
17209151      +Cook County Collector,    118 N. Clark Street,    Room 320,    Chicago, IL 60602-1531
17209153       Home Depot Credit Services,    PO Box 183175,    Columbus, OH 43218-3175
17209154       Melpap Limited d/b/a C-M Motors,    4533 N. Damen,    Chicago, IL 60625
17209155      +Michael Raisanen,    4018 N. Ridgeway Ave.,    Chicago, IL 60618-2104
17209156      +Northbrook Bank & Trust,    Loan Dept,    1100 Waukegan Rd,    Northbrook, IL 60062-4663
18606944      +Nothern Leasing Systems Inc,    POBox 7661,    New York NY 10116-7661
17566958      +PNC Bank, National Association,    c/o Codilis and Associates, P.C.,
                15w030 North Frontage Road, Suite 100,    Burr Ridge, IL 60527-6921
17209138      +Regina Digrazia,    7130 S Lost Nation Rd,    Dixon IL 61021-8108
17209158      +Richard Dolido,    7506 N. Octavia Ave.,    Chicago, IL 60631-4437
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17209142      +E-mail/Text: bankruptcydepartment@ncogroup.com Nov 05 2013 01:57:40     Bank of America,
                PO Box 15109,    Wilmington, DE 19850-5109
18598889      +E-mail/Text: lbankruptcy@cookcountytreasurer.com Nov 05 2013 01:57:44     Cook County Treasurer,
                118 N. Clark Street, Room 112,    Chicago, IL 60602-1590
17209152       E-mail/PDF: mrdiscen@discoverfinancial.com Nov 05 2013 02:10:14      Discover,    PO Box 6103,
                Carol Stream, IL 60197-6103
17229229       E-mail/PDF: mrdiscen@discoverfinancial.com Nov 05 2013 02:10:14      Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
18592883      +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Nov 05 2013 01:57:20     Office of the U.S. Trustee,
                219 S. Dearborn St,    Room 873,    Chicago, IL 60604-2027
                                                                                              TOTAL: 5
```
```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17209157       PNC Bank,    PO Box 535510,    Cleveland, KY 40453-3510
17414518*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:   FIA Card Services, NA as successor in interest to,
                Bank of America NA and MBNA America Bank,    PO Box 15102,    Wilmington, DE  19886-5102)
17209148*      Chase,    PO Box 94014,    Palatine, IL 60094-4014
17209149*      Chase,    PO Box 94014,    Palatine, IL 60094-4014
                                                                                   TOTALS: 1, * 3, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2013                                          Signature:   /s/Joseph Speetjens

```
District/off: 0752-1            User: esullivan              Page 2 of 2                   Date Rcvd: Nov 04, 2013
                                Form ID: pdf006              Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2013 at the address(es) listed below:
              Charles R. Gibbs, Jr.    on behalf of Trustee Deborah Michelle Gutfeld cgibbs@perkinscoie.com,
               docketchi@perkinscoie.com
              Deborah Michelle Gutfeld    gutfeldch7@perkinscoie.com,
               dgutfeld@ecf.epiqsystems.com;cdennis@nge.com
              Eugene Crane    on behalf of Creditor Regina  DiGrazia ecrane@craneheyman.com,
               jmunoz@craneheyman.com;dkobrynski@craneheyman.com;gheyman@craneheyman.com
              Gina B Krol, ESQ    on behalf of Debtor Michael J. Melfi, Sr. gkrol@cohenandkrol.com,
               jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
              John H Redfield    on behalf of Creditor Regina  DiGrazia jredfield@craneheyman.com,
               mjoberhausen@craneheyman.com
              Jordan  Galassie    on behalf of Trustee Deborah Michelle Gutfeld jgalassie@perkinscoie.com,
               nsaldinger@perkinscoie.com;docketchi@perkinscoie.com
              Jose G Moreno    on behalf of Creditor    PNC Bank National Assocation nd-one@il.cslegal.com
              Joseph E Cohen    on behalf of Debtor Michael J. Melfi, Sr. jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Roman  Sukley    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
               roman.l.sukley@usdoj.gov;cameron.g.gulden@usdoj.gov
              Yan  Teytelman    on behalf of Debtor Michael J. Melfi, Sr. yan@ytlawfirm.com,  law_4321@yahoo.com
                                                                                             TOTAL: 11
```