UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
                                          §
Michael J. Melfi, Sr.                     §    Case No. 11-18384
                                          §
                                          §
         Debtor(s)                        §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH M. GUTFELD, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ____ on _____, and it was converted to chapter 7 on _____. The case was pending for ____ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/DEBORAH M. GUTFELD_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northbrook Bank & Trust Loan Dept 1100 Waukegan Rd Northbrook, IL 60062 | | | | | |
| | PNC Bank PO Box 535510 Cleveland, KY 40453-3510 | | | | | |
| 9 | Cook County Treasurer | | | | | |
| 7 | National Association Pnc Bank | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH M. GUTFELD | | | | | |
| 2011 Real Estate Taxes | | | | | |
| 2012 1st Installment Real Estate Taxes | | | | | |
| 2012 2nd Install Real Estate Taxes | | | | | |
| 7321 West Fullerton Condominium Association Assessments | | | | | |
| Closing Protection Letter Seller | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Commitment Update Fee | | | | | |
| Cook County Collector - 2010 1st Installment Open Item | | | | | |
| Cook County Collector - 2010 2nd Install. Open Item | | | | | |
| County Tax - Cook County | | | | | |
| Duplicate Tax Bills (2) | | | | | |
| Earnest Money | | | | | |
| Escrow Fee | | | | | |
| Jan 1 - Apr 8 2013 Real Estate Taxes | | | | | |
| Locksmith Fee | | | | | |
| MGR Title Services - Obtain and Pay 2010 Open Items | | | | | |
| Obtain Local Transfer Stamp | | | | | |
| Tax Payment Fees (2 Installments) | | | | | |
| Title Insurance | | | | | |
| Transfer Tax - State of Illinois | | | | | |
| Village of Elmwood Park - City Transfer Taxes | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Associated Bank | | | | | |
| Office Of The U. S. Trustee | | | | | |
| Regina DiGrazia | | | | | |
| Perkins Coie LLP | | | | | |
| Remax Vision Commission | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook County Collector 118 N. Clark Street Room 320 Chicago, IL 60602 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | Amcore/Digrazia | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amcore/Digrazia 677 Lake Cook Road Deerfield, IL 60015 | | | | | |
| | Amcore/Digrazia 677 Lake Cook Road Deerfield, IL 60015 | | | | | |
| | AT&T Universal PO Box 183037 Columbus, OH 43218-3037 | | | | | |
| | Bank of America PO Box 15019 Wilmington, DE 19850-5019 | | | | | |
| | Bank of America PO Box 15109 Wilmington, DE 19850-5019 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 15710 Wilmington, DE 19886-5710 | | | | | |
| | Capital One PO Box 71023 Charlotte, NC 28272-1083 | | | | | |
| | Carolyn Spencer (Melfi) 4825 Van Carol Dr. Las Vegas, NV 89147 | | | | | |
| | Charles Barnett 143 Schreiber Roselle, IL 60172 | | | | | |
| | Chase PO Box 94014 Palatine, IL 60094-4014 | | | | | |
| | Chase PO Box 94014 Palatine, IL 60094-4014 | | | | | |
| | Chase PO Box 94014 Palatine, IL 60094-4014 | | | | | |
| | Citicard Processing Center Des Moines, IA 50363-0001 | | | | | |
| | Discover PO Box 6103 Carol Stream, IL 60197-6103 | | | | | |
| | Home Depot Credit Services PO Box 183175 Columbus, OH 43218-3175 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Melpap Limited d/b/a C-M Motors 4533 N. Damen Chicago, IL 60625 | | | | | |
| | Michael Raisanen 4018 N. Ridgeway Ave. Chicago, IL 60618 | | | | | |
| | Richard Dolido 7506 N. Octavia Ave. Chicago, IL 60631 | | | | | |
| 10 | Amcore/Digrazia | | | | | |
| 1 | Discover Bank | | | | | |
| 14 | Michael Raisanen | | | | | |
| 6 | N. A. Capital One Bank (Usa) | | | | | |
| 2 | N. A. Chase Bank Usa | | | | | |
| 3 | N. A. Chase Bank Usa | | | | | |
| 4 | N. A. Chase Bank Usa | | | | | |
| 12 | N. A. Fia Card Services | | | | | |
| 13 | N. A. Fia Card Services | | | | | |
| 5 | Na As Successor In Interest To Fia Card Services | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-18384 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | DEBORAH M. GUTFELD |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Michael J. Melfi, Sr. | | | | Date Filed (f) or Converted (c): | 02/21/2012 (c) |
| | | | | | 341(a) Meeting Date: | 03/29/2012 |
| For Period Ending: | 03/07/2014 | | | | Claims Bar Date: | 07/02/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1740 73rd Avenue, Elmwood Park, IL | 230,000.00 | 12,000.00 | | 0.00 | FA |
| 2. 3306 Pipestone Road, Soduc, MI 49126 | 105,000.00 | 20,726.63 | | 0.00 | FA |
| 3. 7321 W. Fullerton, Unit 9, Elmwood Park, IL 60707 | 85,000.00 | 85,000.00 | | 43,000.00 | FA |
| 4. Cash | 7.00 | 7.00 | | 0.00 | FA |
| 5. Checking Account at Ravenswood Bank | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 6. Household Goods | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 7. Books and pictures | 100.00 | 100.00 | | 0.00 | FA |
| 8. Wearing Apparel | 200.00 | 200.00 | | 0.00 | FA |
| 9. Watch, ring | 100.00 | 100.00 | | 0.00 | FA |
| 10. Shotgun, 2 handguns, digital camera | 400.00 | 400.00 | | 0.00 | FA |
| 11. Interests in insurance policy | 0.00 | 0.00 | | 0.00 | FA |
| 12. IRA at Stifel Nicolaus | 5,541.29 | 5,541.29 | | 0.00 | FA |
| 13. 100% ownership of Melpap, Ltd. - no value | 0.00 | 0.00 | | 0.00 | FA |
| 14. 2001 GMC Jimmy - 115,000 miles | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 15. 2002 Hyndai Elantra - 74,000 miles | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 16. 1999 Dodge Van - 100,000 miles | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 17. 2 1957 Chevrolets | 65,000.00 | 65,000.00 | | 16,500.00 | FA |
| 18. 1961 Chevrolet Impala | 20,000.00 | 20,000.00 | | 16,500.00 | FA |
| 19. 1967 Chevrolet Impala - not restored | 3,500.00 | 3,500.00 | | 0.00 | FA |
| 20. 1966 Ford Mustang | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 21. 2 dogs | 1.00 | 1.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $540,349.29 | $238,075.92 | $76,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Assets fully administered.  In process of preparing TFR.

Initial Projected Date of Final Report (TFR): 12/31/2013      Current Projected Date of Final Report (TFR): 12/31/2013

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-18384  
Case Name: Michael J. Melfi, Sr.  
Taxpayer ID No: XX-XXX7421  
For Period Ending: 03/07/2014  

Trustee Name: DEBORAH M. GUTFELD  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX6326  
Checking  
Blanket Bond (per case limit): $100,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/13/13 | | BMO Harris Bank Remitter Ian Boshes | Purchase of 1957 Chevy and 1961 Chevy | | $33,000.00 | | $33,000.00 |
| | | | Gross Receipts $33,000.00 | | | | |
| | 17 | | 2 1957 Chevrolets $16,500.00 | 1129-000 | | | |
| | 18 | | 1961 Chevrolet Impala $16,500.00 | 1129-000 | | | |
| 03/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.73 | $32,976.27 |
| 04/05/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.02 | $32,927.25 |
| 04/09/13 | | Chicago Title and Trust Company 10 S LaSalle Street Chicago, IL 60603 | Net proceeds to seller for 7321 W. Fullerton Ave., Unit 9 | | $26,897.43 | | $59,824.68 |
| | | | Gross Receipts $43,000.00 | | | | |
| | | Earnest Money | ($1,700.00) | 2500-000 | | | |
| | | Jan 1 - Apr 8 2013 Real Estate Taxes | ($683.06) | 2500-000 | | | |
| | | 2012 2nd Install Real Estate Taxes | ($1,318.11) | 2500-000 | | | |
| | | Escrow Fee | ($400.00) | 2500-000 | | | |
| | | Title Insurance | ($750.00) | 2500-000 | | | |
| | | Closing Protection Letter Seller | ($50.00) | 2500-000 | | | |
| | | Commitment Update Fee | ($100.00) | 2500-000 | | | |
| | | Transfer Tax - State of Illinois | ($43.00) | 2500-000 | | | |
| | | County Tax - Cook County | ($21.50) | 2500-000 | | | |

Page Subtotals: $59,897.43 $72.75

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-18384  
Case Name: Michael J. Melfi, Sr.  
Taxpayer ID No: XX-XXX7421  
For Period Ending: 03/07/2014  

Trustee Name: DEBORAH M. GUTFELD  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX6326  
Checking  
Blanket Bond (per case limit): $100,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Remax Vision Commission | ($880.00) | 3991-000 | | | |
| | | 2011 Real Estate Taxes | ($2,543.12) | 2500-000 | | | |
| | | 2012 1st Installment Real Estate Taxes | ($1,225.01) | 2500-000 | | | |
| | | Tax Payment Fees (2 Installments) | ($100.00) | 2500-000 | | | |
| | | Duplicate Tax Bills (2) | ($10.00) | 2500-000 | | | |
| | | Obtain Local Transfer Stamp | ($350.00) | 2500-000 | | | |
| | | Village of Elmwood Park - City Transfer Taxes | ($215.00) | 2500-000 | | | |
| | | Locksmith Fee | ($125.00) | 2500-000 | | | |
| | | Cook County Collector - 2010 1st Installment Open Item | ($2,436.15) | 2500-000 | | | |
| | | MGR Title Services - Obtain and Pay 2010 Open Items | ($110.00) | 2500-000 | | | |
| | | 7321 West Fullerton Condominium Association Assessments | ($2,551.44) | 2500-000 | | | |
| | | Cook County Collector - 2010 2nd Install. Open Item | ($491.18) | 2500-000 | | | |
| | 3 | | 7321 W. Fullerton, Unit 9, Elmwood Park, IL 60707 | $43,000.00 | 1110-000 | | | |
| 05/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $74.45 | $59,750.23 |
| 06/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.83 | $59,661.40 |
| | | | Page Subtotals: | | $0.00 | $163.28 | |

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 11-18384  
Case Name: Michael J. Melfi, Sr.  
Taxpayer ID No: XX-XXX7421  
For Period Ending: 03/07/2014  

Trustee Name: DEBORAH M. GUTFELD  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX6326  
Checking  
Blanket Bond (per case limit): $100,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $85.84 | $59,575.56 |
| 07/09/13 | | Kentland Bank<br>Thad Thomas | | 1129-000 | $3,000.00 | | $62,575.56 |
| 12/05/13 | 401 | DEBORAH M. GUTFELD<br>131 S. DEARBORN STREET, SUITE 1700<br>CHICAGO, IL 60603-5559 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $7,200.00 | $55,375.56 |
| 12/05/13 | 402 | Office Of The U. S. Trustee<br>Office Of The U.S. Trustee &lt;B&gt; (Administrative)&lt;/B&gt;<br>219 S. Dearborn St<br>Room 873<br>Chicago, Il 60604 | Final distribution to claim 8 representing a payment of 100.00 % per court order. | 2990-000 | | $975.00 | $54,400.56 |
| 12/05/13 | 403 | Perkins Coie LLP<br>131 S. Dearborn St., Suite 1700<br>Chicago, IL 60603-5559 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $20,296.00 | $34,104.56 |
| 12/05/13 | 404 | Amcore/Digrazia<br>677 Lake Cook Road<br>Deerfield, Il 60015 | Final distribution to claim 11 representing a payment of 74.78 % per court order. | 5800-000 | | $34,104.56 | $0.00 |
| 01/17/14 | 404 | Amcore/Digrazia<br>677 Lake Cook Road<br>Deerfield, Il 60015 | Final distribution to claim 11 representing a payment of 74.78 % per court order. Reversal | 5800-000 | | ($34,104.56) | $34,104.56 |
| 01/21/14 | 405 | Regina DiGrazia<br>7130 S. Lost Nation Rd.<br>Dixon, IL 60121 | Re-issuance of claim | 2990-000 | | $34,104.56 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $62,897.43 | $62,897.43 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $62,897.43 | $62,897.43 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $62,897.43 | $62,897.43 |

Page Subtotals:  $3,000.00   $62,661.40

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6326 - Checking | $62,897.43 | $62,897.43 | $0.00 |
|  | $62,897.43 | $62,897.43 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $16,102.57 |
|---|---|
| Total Net Deposits: | $62,897.43 |
| Total Gross Receipts: | $79,000.00 |

Page Subtotals:    $0.00    $0.00